JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR T. FINNEGAN, | Case No.  CV 10-9670-GW (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| P.L. VASGUEZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: February 8, 2012

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE